UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 1:22-cr-0119 SEB-TAR |
| v. | ) CAUSE NO. |
| MICAH MOORE, | ) |
| Defendant. | ) |

## APPEARANCE

Comes now, Zachary A. Myers, United States Attorney for the Southern District of Indiana, by Kelsey L. Massa, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By: _____
Kelsey L. Massa
Assistant United States Attorney