



-   Photo sent by Moore via Facebook on July 9, 2022